IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| STEVEN LAWRENCE GOELLING, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:09cv00225 |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: Michael F. Urbanski |
| Commissioner of Social Security, | ) | United States Magistrate Judge |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion for summary judgment is **DENIED** (Dkt. #19) and this case is remanded to the Commissioner for further administrative consideration.

The Clerk of Court is directed to send copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered: August 30, 2010.

/s/ Michael F. Urbanski

Michael F. Urbanski
United States Magistrate Judge